UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00290-RJC-DSC

| | |
|---|---|
| DEVANTE S. FINCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| THE CYPRESS OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to notify the United States Marshal who, pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, shall serve process upon Defendant. All costs of service shall be advanced by the United States. Any recovery in this action will be subject to payment of fees and costs, including service of process fees and the $400.00 filing fee.

Signed: February 6, 2020

Robert J. Conrad, Jr.
United States District Judge